AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

Western District of Tennessee

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2:25-cr-20267 |
| Khylin Williams | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Khylin Williams                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 2-Aiding and Abetting
18 U.S.C § 922(o)-Unlawful possession of a machine gun
18 U.S.C § 924(c)-Use/carry of firearm during crime of violence/drug trafficking offense
18 U.S.C § 924(o)-Conspiracy to commit a violation of 924(c)
21 U.S.C § 841(a)(1)-Manufacture, distribute, dispense, possess a controlled substance
21 U.S.C § 846-Conspiracy to possess w/intent to distribute controlled substances

Date:   10/08/2025

**s/ Annie T. Christoff**
*Issuing officer's signature*

City and state:    MEMPHIS, TENNESSEE

Hon. Annie T. Christoff-United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/8/2025 , and the person was arrested on *(date)* 10/14/25
at *(city and state)* Memphis TN .

Date: 10/14/25

*Arresting officer's signature*

J. Ekm DUSM
*Printed name and title*