**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **No.: 2:25-cr-20267-TLP** |
| | ) |
| **KHYLIN WILLIAMS,** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION TO DISMISS COMPLAINT**

The United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee, and J. William Crow, Assistant United States Attorney, states for its Motion:

1.     Defendant Khylin Williams was charged in this case via complaint on October 8, 2025, and made his initial appearance on October 14, 2025.

2.     Then, on November 13, 2025, Williams was indicted by the grand jury for the same conduct in Case No. 2:25-cr-20268-TLP.

This case is no longer necessary because the grand jury has acted on this conduct in 2:25-cr-20268-TLP, and the United States asks the Court to dismiss this case without prejudice.

Respectfully Submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY


By:    /s/ J. William Crow

J. William Crow
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I, J. William Crow, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing pleading of the United States has been filed via the District Court's electronic case filing system.

Dated March 5, 2026.

<u>/s/ J. William Crow</u>
J. William Crow
Assistant United States Attorney

2